PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                         **Case No. 10-49772 RN**
                                                   **Chapter 13**

**RICHARD HARLAN CONEY and ANNIS**
**JOY CONEY,**                                     **DECLARATION OF DEBTOR IN**
                                                   **SUPPORT OF DEBTORS' MOTION TO**
                          **Debtors.**             **VALUE LIEN**

_____/      _____

I, Richard Coney, declare:

    1. I am one of the debtors in the above-captioned case.

    2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

    3. At the time I filed my chapter 13 case, on August 26, 2010, I was the owner of the real property located at 3720 Gladstone Drive, Pittsburg, CA 94565 (the "property").

    4. I am informed and believe that on the date I filed my case, my property was worth approximately $158,500.00. On June 30, 2010, I had the property appraised by Contra Costa County's Office of Assessor. A copy of the appraisal, which reflects a fair market value of $158,500, is attached hereto as Exhibit A and made a part hereof.

Case: 10-49772   Doc# 13-2   Filed: 10/27/10   Entered: 10/27/10 16:56:10   Page 1 of 2

5. The property is encumbered by a First Deed of Trust in favor of Chase Home Finance, LLC as a servicing agent for JPMorgan Chase, NA in the sum of $427,291.22, as evidenced by its proof of claim filed on October 04, 2010, a copy of which is attached as Exhibit B and made a part hereof.

6. Random Properties Acquisition Corp. III is the beneficiary of a Second Deed of Trust against the property in the sum of $44,989.69, as evidenced by its objection filed on October 1, 2010, a copy of which is attached as Exhibit C and made a part hereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 26, 2010                    /s/  Richard Coney
                                           RICHARD CONEY

Case: 10-49772   Doc# 13-2   Filed: 10/27/10   Entered: 10/27/10 16:56:10   Page 2 of 2