```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 10-49772 RN |
| **RICHARD HARLAN CONEY and ANNIS JOY CONEY,** | Chapter 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |
| _____/ | |

    My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On October 27, 2010 I served the within;

**Motion to Value Security of Random Properties Acquisition Corp. III under FRBP 3012; Notice and Opportunity to Request a Hearing; Memorandum of Points and Authorities in Support of Debtors' Motion to Value Lien; Declaration of Debtor in Support of Debtors' Motion to Value Lien**

on the below-named in this action by placing a true copy thereof in a sealed envelope with certified mail postage thereon fully paid in the United States Mail at Davis, CA addressed as follows:

Attn: Officer
Random Properties Acquisition Corp. III
600 Washington Boulevard
Stamford, CT 06901

```
 1  Attn: Officer
    Random Properties Acquisition Corp. III
 2  c/o CSC - Lawyers Incorporating Service
    2730 Gateway Oaks Dr. STE. 100
 3  Sacramento, CA 95833

 4
    Attn: Officer
 5  JPMorgan Chase Bank, NA
    1111 Polaris Parkway
 6  Columbus, OH 43240

 7  Attn: Officer
    JPMorgan Chase Bank, NA
 8  c/o C T Corporation System
    818 W 7th St
 9  Los Angeles, CA 90017

10
    Attn: Officer
11  Chase Home Finance LLC
    194 Wood Ave S
12  Iselin, NJ 08830

13
    Attn: Officer
14  Chase Home Finance LLC
    c/o C T Corporation System
15  818 W 7th St
    Los Angeles, CA 90017
16

17  and on the below-named in this action by placing a true copy thereof
    in a sealed envelope with first-class postage thereon fully paid in
18  the United States Mail at Davis, CA addressed as follows:

19
    Attn: Nicolas Daluiso
20  Random Properties Acquisition Corp. III
    c/o Robinson Tait, P.S.
21  710 Second Ave, Suite 710
    Seattle, WA 98104
22

23  JPMorgan Chase Bank, NA
    c/o PITE DUNCAN LLP
24  Attn: Joseph C. Delmotte
    4375 Jutland Drive, Suite 200
25  P.O. Box 17933
    San Diego, CA 92177-0933
26
```

GE Money Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Attn: Officer
Paul Financial, LLC
1401 Los Gamos Dr.
San Rafael, CA 94903

Attn: Officer
Paul Financial, LLC
c/o Tobin & Tobin, PC
500 Sansome St., 8th Fl
San Francisco, CA 94111

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 27, 2010          /s/   Anthony Crans
                                              ANTHONY CRANS