Entered on Docket
November 22, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1 PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
2 LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
3 Oakland, CA 94612
Telephone: (510) 465-3328
4 Facsimile: (510) 763-8354

5 Attorneys for Debtors

Signed: November 19, 2010

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 10-49772 RN

**RICHARD HARLAN CONEY and ANNIS**        Chapter 13
**JOY CONEY,**
                    Debtors.
                                          ORDER VALUING LIEN OF RANDOM
                                          PROPERTIES ACQUISITION CORP.
                                          III
_____/

On October 27, 2010, Richard and Annis Coney (hereinafter Debtors) served a motion to value the lien of Random Properties Acquisition Corp. III (hereinafter Lienholder) against the property commonly known as 3720 Gladstone Drive, Pittsburg, CA 94565 which lien was recorded in Contra Costa County on or about March 8, 2007 as document 006853601 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows.

(1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

<pre>
                        COURT SERVICE LIST


Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Richard & Annis Coney
3720 Gladstone Drive
Pittsburg, CA 94565

Attn: Officer
Random Properties Acquisition Corp. III
600 Washington Boulevard
Stamford, CT 06901

Attn: Officer
Random Properties Acquisition Corp. III
c/o CSC – Lawyers Incorporating Service
2730 Gateway Oaks Dr. STE. 100
Sacramento, CA 95833

Attn: Nicolas Daluiso
Random Properties Acquisition Corp. III
c/o Robinson Tait, P.S.
710 Second Ave, Suite 710
Seattle, WA 98104

Attn: Officer
JPMorgan Chase Bank, NA
1111 Polaris Parkway
Columbus, OH 43240

Attn: Officer
JPMorgan Chase Bank, NA
c/o C T Corporation System
818 W 7th St
Los Angeles, CA 90017

Attn: Officer
Chase Home Finance LLC
194 Wood Ave S
Iselin, NJ 08830
</pre>

```
Attn: Officer
Chase Home Finance LLC
c/o C T Corporation System
818 W 7th St
Los Angeles, CA 90017

Attn: Officer
Paul Financial, LLC
1401 Los Gamos Dr.
San Rafael, CA 94903

Attn: Officer
Paul Financial, LLC
c/o Tobin & Tobin, PC
500 Sansome St., 8th Fl
San Francisco, CA 94111

REQUESTS FOR SPECIAL NOTICE

JPMorgan Chase Bank, NA
c/o PITE DUNCAN LLP
Attn: Joseph C. Delmotte
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

GE Money Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
```