FM 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-49772-WJL |
| RICHARD HARLAN CONEY | § | |
| ANNIS JOY CONEY | § | |
| DEBTOR | § | |
| | § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **RoundPoint Mortgage Servicing Corporation** | **Random Properties Acquisition Corp., III** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

   **RoundPoint Mortgage Servicing Corporation**
   **P.O. Box 829009**
   **Dallas, Texas 75382-9009**

Court Claim # (if known): 7
Amount of Claim: $47,387.42
Date Claim Filed: 11/12/2010

Phone: **(704) 426-8850**
Last Four Digits of Acct #: **xxxxxx2821**

Phone:_____
Last Four Digits of Acct.# 9437

Name and Address where transferee payments should
be sent (if different from above):

   RoundPoint Mortgage Servicing Corporation
   Bankruptcy Department
   5032 Parkway Plaza Blvd
   Charlotte, North Carolina 28217

Phone: **(704) 426-8850**
Last Four Digits of Acct #: **xxxxxx2821**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _LaKisha D. Stark_____   Date: _____11/27/2012_____
   Transferee/Transferee's Agent

*Penalty of making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571*

TRANSFER OF CLAIM - NOTICE                                                                                                       1
4170-N-1051
POC_TOCForm000

Case: 10-49772   Doc# 45   Filed: 11/27/12   Entered: 11/27/12 17:01:18   Page 1 of 2

# CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 27th day of November 2012 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
Richard Harlan Coney
3720 Gladstone Drive
Pittsburg, California 94565

Annis Joy Coney
3720 Gladstone Drive
Pittsburg California 94565

**Debtors' Attorney**
Patrick L. Forte
Law Offices Of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612

**Chapter 13 Trustee**
Martha G. Bronitsky
P.O. Box 9077
Pleasanton, California 94566

**US Trustee**
Office of the US Trustee
1301 Clay Street #690N
Oakland, California 94612

                                                    /s/ LaKisha D. Stark
                                                    LaKisha D. Stark

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE
1
4170-N-1051
POC_CertOfServ

Case: 10-49772   Doc# 45   Filed: 11/27/12   Entered: 11/27/12 17:01:18   Page 2 of 2